UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY S. THOMSON,
    Plaintiff,

                                        Civil Action No. 05-CV-70825-DT
v.                                         Honorable Denise Page Hood

DAVID M. STONE, Assistant
Secretary, Homeland Security for
the Transportation Security
Administration,
    Defendant.
_____/

**JUDGMENT**

       This action having come before the Court and the Court having issued an order dismissing the case without prejudice this date,

       Accordingly,

       Judgment is entered in favor of Defendant and against Plaintiff.

                                                         DAVID J. WEAVER
                                                           CLERK OF COURT

Approved:                                        By:   s/ Wm. F. LEWIS
                                                                     Deputy Clerk

  /s/ DENISE PAGE HOOD
Denise Page Hood
United States District Judge

DATED: March 27, 2006
Detroit, Michigan

       I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2006, by electronic and/or ordinary mail.

                                                         s/William F. Lewis
                                                         Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY S. THOMSON,
    Plaintiff,

                                            Civil Action No. 05-CV-70825-DT
v.                                       Honorable Denise Page Hood

DAVID M. STONE, Assistant
Secretary, Homeland Security for
the Transportation Security
Administration,
    Defendant.
_____/

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case without prejudice this date,

    Accordingly,

    Judgment is entered in favor of Defendant and against Plaintiff.

                                              DAVID J. WEAVER
                                              CLERK OF COURT

Approved:                                By:   s/ Wm. F. LEWIS
                                                                         Deputy Clerk
  /s/ DENISE PAGE HOOD
Denise Page Hood
United States District Judge

DATED: March 27, 2006
Detroit, Michigan


    I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2006, by electronic and/or ordinary mail.

                                              s/William F. Lewis
                                              Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY S. THOMSON,
    Plaintiff,

                                                      Civil Action No. 05-CV-70825-DT
v.                                                   Honorable Denise Page Hood

DAVID M. STONE, Assistant
Secretary, Homeland Security for
the Transportation Security
Administration,
    Defendant.
_____/

## JUDGMENT

       This action having come before the Court and the Court having issued an order dismissing the case without prejudice this date,

       Accordingly,

       Judgment is entered in favor of Defendant and against Plaintiff.

                                                      DAVID J. WEAVER
                                                      CLERK OF COURT

Approved:                                    By:   s/ Wm. F. LEWIS_____
                                                              Deputy Clerk

__/s/ DENISE PAGE HOOD_____
Denise Page Hood
United States District Judge

DATED: March 27, 2006
Detroit, Michigan

       I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2006, by electronic and/or ordinary mail.

                                                   s/William F. Lewis_____
                                                   Case Manager